IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL J. DIMITRION, individually and as Trustee of the Michael J. Dimitrion Trust dated November 6, 1989; and TINA MARIE DIMITRION,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MORGAN STANLEY CREDIT CORPORATION; MORGAN STANLEY DEAN WITTER CREDIT CORPORATION; MORGAN STANLEY PRIVATE BANK, N.A.; MORGAN STANLEY HOME LOANS; SAXON MORTGAGE SERVICES, INC.; PHH MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as Indenture Trustee for MSDWCC Heloc Trust 2007-1; et al.<br><br>    Defendants. | CIVIL NO. 13-00125 DKW-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 16, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant in Part and Deny in Part Defendant's Motion for Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: October 6, 2014 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge